UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-11-DLB-EBA-4

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

CHRISTINA M. BENTLEY                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. # 240), wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of five (5) months incarceration, followed by twenty-four (24) months of supervised release. During the October 14, 2015 Final Revocation Hearing, Defendant stipulated to violating the terms of her supervised release, as set forth in the September 15, 2015 Violation Report. The parties having waived the time for filing objections to the Report and Recommendation (Doc. # 239), and the Defendant having waived her right to allocute (Doc. # 238), the Report and Recommendation is ripe for the Court's consideration.

Having reviewed the Report and Recommendation, and the Court concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.   The Magistrate Judge's Report and Recommendation (Doc. #240) is hereby

1

      **ADOPTED** as the Opinion of the Court;

2. Defendant Christina M. Bentley is found to have violated a term of her supervised release as set forth in the September 15, 2015 violation report;

3. Defendant's supervised release is hereby revoked;

4. Defendant is sentenced to the custody of the Attorney General for a term of imprisonment of five (5) months, with a twenty-four (24) month term of supervised release to follow on the same conditions originally imposed;

5. Defendant shall self-surrender by reporting Wednesday, October 28, 2015 before 2:00 p.m. to the United States Marshal's Office located at the United States Courthouse, 35 West 5th Street, Covington, KY 41011; and

6. A judgment shall be entered contemporaneously herewith.

This 16th day of October, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-11-4 Order Adopting R&R Revoking Supervised Release.wpd